IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 15, 2008

Charles R. Fulbruge III
Clerk

No. 07-30492
Summary Calendar

SANDRA CURLEY; MARK CURLEY

Plaintiffs - Appellants

V.

JP MORGAN CHASE BANK NA, successor to Bank One NA

Defendant - Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:05-CV-1304

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Sandra and Mark Curley appeal the district court's grant of summary judgment in favor of the defendant, JP Morgan Chase Bank NA. The district court found that the Curleys could not prove a prima facie case of discrimination to support their claim under the Equal Credit Opportunity Act, 15 U.S.C. § 1691. The court also found no issue of material fact to support the Curleys' claims arising under 12 C.F.R. § 202.9.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

After review of the record, the evidence, and the briefs there appears to be no reversible error committed by the district court. Consequently, the district court's judgment is

AFFIRMED.